**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jonathon C. Bertanelli, | ) | |
| Plaintiff, | ) | CV 11-1346-PHX-PGR (BSB) |
| v. | ) | **ORDER** |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |

Currently before the Court are Plaintiff's "Emergency Objection to Magistrate Denial of Plaintiff's Second Motion for Stay of Proceedings Pending Petition for Certiorari Review" (Doc. 63) and "Plaintiff's Objection to Magistrate Order Denying Plaintiff's Motion to Voluntarily Withdraw Plaintiff's First Amended Complaint and Refile and Plaintiff's Motion for Leave to File First Amended Complaint" (Doc. 70). Defendants oppose the motions. (Docs. 68, 72.)

Plaintiff has not shown that the magistrate judge's orders (Docs. 57, 64) denying Plaintiff's motions were clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). In both instances, the magistrate judge correctly determined that the relief requested by Plaintiff was unwarranted.

Accordingly,

IT IS ORDERED denying Plaintiff's "Objections" (Docs. 63, 70).

DATED this 1st day of October, 2012.

Paul G. Rosenblatt
United States District Judge